**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 06-6752

---

VICTOR PERKINS,

Petitioner - Appellant,

versus

A. F. BEELER, Warden, FMC Butner,

Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (5:06-hc-02041-BO)

---

Submitted: September 26, 2006      Decided: September 29, 2006

---

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Victor Perkins, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Victor Perkins appeals a district court order denying as frivolous his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and the district court's order and find no error. See Perkins v. Beeler, No. 5:06-hc-02041-BO (E.D.N.C., filed Apr. 11, 2006; entered Apr. 12, 2006). Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal. We also deny Perkins' two motions seeking his release. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED